UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LORI BRAUN, an individual, and LORI BRAUN FAMILY TRUST, an Australian Trust,

    Plaintiff,

DR. DENNIS GROSS SKINCARE, LLC, a New York Limited Liability Company, and DOES 1-25,

    Defendant.

Case No. 2:11-cv-01589-GMN-GWF

**ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Before the Court is Plaintiffs Lori Braun and Lori Braun Family Trust's Agreed Motion for Extension of Time for Defendant Dr. Dennis Gross Skincare, LLC to Answer or Otherwise Respond to the Complaint. The Court is of the opinion that this motion has merit and should be and hereby is GRANTED.

The deadline for Defendant Dr. Dennis Gross Skincare, LLC to answer or otherwise respond to the Complaint is hereby extended to March 7, 2012.

IT IS SO ORDERED.

**DATED** this 7th day of February, 2012.

_____
Gloria M. Navarro
United States District Judge

LV 419,668,771v1 2-6-12